# HAFETZ & NECHELES LLP

ATTORNEYS AT LAW

---

ONE GRAND CENTRAL PLACE
60 EAST 42ND STREET
NEW YORK, N.Y. 10165
TELEPHONE: (212) 997-7400
TELECOPIER: (212) 997-7646

September 8, 2014

VIA ELECTRONIC MAIL

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**SO ORDERED:**

*/s/ J. Paul Oetken*
J. PAUL OETKEN
U.S.D.J     9/8/14

Re:   U.S. v. Zemlyansky et al.
      12-CR-171 (JPO)

Dear Judge Oetken:

I write to respectfully request a modification of Mr. Zayonts' conditions of pre-trial release.

Mr. Zayonts' bail conditions currently restrict his travel to the Southern and Eastern Districts of New York and the District of New Jersey. Mr. Zayonts requests the Court's permission to travel to Florida for a family vacation from September 8, 2014 through September 14, 2014. If permitted to take this trip, Mr. Zayonts will be staying at 9703 Collins Ave., Central tower, apt 1002, Bal Harbour, FL 33154. AUSA Peter Skinner consents to this modification.

If this proposed modification meets with Your Honor's approval, I respectfully request that you "so-order" this letter.

Respectfully submitted,

*/s/*

Noah E. Shelanski

cc:   AUSA Peter Skinner                    (via email)